IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JENNIFER WIMBERLY )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>METHODIST-LEBONHEUR )<br>HEALTHCARE FOUNDATION )<br>)<br>**Defendant.** ) | Case No. 1-04-1067-T<br>**JURY DEMANDED** |

FILED BY_____ D.C.

05 MAY -9 PM 2:28

ROBERT R. DI TROLIO
CLERK OF US DIST. CT.
W.D. OF TN -JACKSON

## ORDER GRANTING LEAVE TO DEFENDANT TO FILE REPLY

Upon motion by Defendant and for good cause shown, the Court grants Defendant leave to file a reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment through and including May 18, 2005.

SO ORDERED AND ENTERED this 6th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___05-10-05___

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01067 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT