IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JENNIFER WIMBERLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1-04-1067-T |
| ) | JURY DEMANDED |
| METHODIST-LEBONHEUR ) | |
| HEALTHCARE FOUNDATION ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate that this action be dismissed with prejudice, and it is therefore

**ORDERED** that this action be and is hereby **DISMISSED** with prejudice.

ENTER: This 28th day of June, 2005.

_____
JAMES D. TODD
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/29/05

**STIPULATED TO:**

_____
**JUSTIN S. GILBERT**
**The Gilbert Firm**
2021 Greystone Park
P.O. Box 11357
Jackson, TN 38308
Telephone: (731) 664-1340
Facsimile: (731 664-1540
Counsel for Plaintiff


_____
**DAVID P. JAQUA**
**BUTLER, SNOW, O'MARA, STEVENS
& CANNADA, PLLC**
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, Tennessee 38119
Telephone: (901) 680-7343
Facsimile:   (901) 680-7201
E-Mail: david.jaqua@butlersnow.com
Counsel for Defendants

MEMPHIS 165014v1

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01067 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT